Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
Amy V. Mondragon, Esq.
Nevada Bar No. 10156
FREEMAN & MONDRAGON
1060 Wigwam Parkway
Henderson, Nevada 89074
(702) 990-4913
Attorneys for Defendants
City of North Las Vegas

**UNITED STATES DISTRICT COURT**

**STATE OF NEVADA**

* * * * *

| | |
|---|---|
| MICHAEL J. SCALZI, Plaintiffs, vs. CITY OF NORTH LAS VEGAS, Defendant. | Case No.: **NOTICE/PETITION FOR REMOVAL UNDER 28 U.S.C. § 1441 (a)** |

Pursuant to 28 U.S.C.§ 1441 (a), Defendant CITY OF NORTH LAS VEGAS files this Petition for Removal of Clark County District Court Case No. A571545 entitled MICHAEL J. SCALZI vs. CITY OF NORTH LAS VEGAS and states as follows:

1. On September 18, 2008 an action was commenced in the Eighth Judicial District Court, Clark County, State of Nevada, entitled MICHAEL J. SCALZI vs. CITY OF NORTH LAS VEGAS, Case No. A571545, ("State Court Action"). Copies of the Complaint ("State Court Complaint"), Summons with Proof of Service are attached hereto and marked respectively as Exhibits A and B, respectively, constituting all of the papers and pleadings served on Defendant CITY OF NORTH LAS VEGAS.

2. Service of the Complaint upon Defendant CITY OF NORTH LAS VEGAS was made by service upon the CITY OF NORTH LAS VEGAS on September 18, 2008.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C., Section 1331, and is one which may be removed to this Court by Defendant CITY OF NORTH LAS VEGAS pursuant to the provisions of 28 U.S.C. Section 1441 (a) in

FREEMAN & MONDRAGON
1060 WIGWAM PARKWAY
HENDERSON, NEVADA 89074
TELEPHONE (702) 990-4913

that it is a civil action of which the Plaintiff's Complaint arises from issues of a federal question and allegations of unlawful employment practices under Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. §2000e.

4. Venue is appropriate on the unofficial Southern District of the Court pursuant to 28 U.S.C. §§ 1393 (b)(2) and (c), 1141 (a), and LR IA6-1.

5. The Complaint in this action arises under federal law and specifically alleges on its face the action was brought pursuant to Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. §2000e and alleges that Defendant CITY OF NORTH LAS VEGAS failed to take appropriate actions(s) to eliminate a discriminatory work environment and failed to properly investigate Plaintiff's complaints in accordance with its statutory duty. Plaintiff seeks special, general, and punitive damages.

7. Based on the foregoing, Defendant CITY OF NORTH LAS VEGAS respectfully submits that this action arises under the Constitution, laws, or treaties of the United States and that this action is, therefore, properly removed to the United States District Court for the District of Nevada.

Dated this 15 day of October, 2008.

FREEMAN & MONDRAGON

Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
Amy V. Mondragon, Esq.
Nevada Bar No. 10156
1060 Wigwam Parkway
Henderson, Nevada 89074
Attorney for Defendants
City of North Las Vegas

FREEMAN & MONDRAGON
1060 WIGWAM PARKWAY
HENDERSON, NEVADA 89074
TELEPHONE (702) 990-4913

FREEMAN & MONDRAGON
1060 WIGWAM PARKWAY
HENDERSON, NEVADA 89074
TELEPHONE (702) 990-4913

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on the 15 day of October, 2008, I served a true and correct copy of the foregoing **NOTICE/PETITION FOR REMOVAL UNDER 28 U.S.C. § 1441 (a)**, by depositing a copy of same in the United States Mail at Las Vegas, Nevada postage fully prepaid, addressed to:

Mary F. Chapman, Esq.
LAW OFFICE OF MARY F. CHAPMAN
7465 West Lake Mead Blvd.
Suite 100
Las Vegas, Nevada 89128

Employee of FREEMAN & MONDRAGON

**NOTICE/PETITION FOR REMOVAL**
**UNDER 28 U.S.C. § 1441 (a)**
**Exhibit "A"**

COMP
Law Office of Mary F. Chapman, Ltd.
Mary F. Chapman, Esq.
Nevada Bar No. 6591
7473 W. Lake Mead Blvd.
Suite 100
Las Vegas, Nevada 89128
(702)562-1246
(702)562-1247
Attorney for Plaintiff

FILED
SEP 12 4 20 PM '08
CLERK OF THE COURT

DISTRICT COURT
CLARK COUNTY, NEVADA

MICHAEL J. SCALZI,
Plaintiff,
vs.
CITY OF NORTH LAS VEGAS,
Defendant.

Case No. A571545
Dept. XX

COMPLAINT

Plaintiff, Michael J. Scalzi, by and through his attorney, the Law Office of Mary F. Chapman, Ltd., hereby alleges and complains as follows:

VENUE AND JURISDICTION

1. This action is being brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e (hereafter "Title VII") and Nevada Revised Statutes 613.330.

2. The discriminatory conduct and employment issues all occurred in County of Clark, Nevada.

3. Plaintiff is seeking damages in excess of ten thousand dollars ($10,000.00).

4. Accordingly, venue and jurisdiction are properly established with this Court.

/ / /

/ / /

Ans due 10/14

THE LAW OFFICE OF MARY F. CHAPMAN, LTD
7465 W. Lake Mead Blvd.
Suite 100
Las Vegas, Nevada 89128
Ph. (702) 562-1246
Fax (702) 562-1247

30342

THE LAW OFFICE OF MARY F. CHAPMAN, LTD
7465 W. Lake Mead Blvd.
Suite 100
Las Vegas, Nevada 89128
Ph. (702) 562-1246
Fax (702) 562-1247

**GENERAL ALLEGATIONS**

5. Michael J. Scalzi is a resident of Clark County, Nevada.

6. Defendant City of North Las Vegas, is an incorporated city entity pursuant to the laws of the State of Nevada and is located in Clark County, Nevada.

7. Michael J. Scalzi was employed by Defendant as the labor relations manager, acting human resource director and acting chief labor relations manager. After repeatedly "standing up to" the City Manager to insure lawful conduct and fair treatment for all employees; Mr. Scalzi was retaliated against by first being denied a promotion that was given to a female and then later fired. Mr. Scalzi's was replaced by a female who would "play ball" with the City Manager and "not stand up for what was right" since "women don't act that way".

8. Mr. Scalzi was not the first male fired from the Human Resources Department by the same City Manager.

9. Since his termination, Mr. Scalzi has been actually replaced by three female employees.

10. Mr. Scazi timely filed a discrimination complaint with the Nevada Equal Rights Commission ("NERC") and the Equal Employment Opportunity Commission ("EEOC").

11. On June 13, 2008, the EEOC issued a right to sue letter which was received on June 15, 2008.

12. Mr. Scalzi has timely filed this complaint.

13. Mr. Scalzi is a white male over the age of 40.

**SEXUAL DISCRIMINATION AND RETALIATION**

14. Mr. Scalzi hereby repeats, re-alleges, and incorporates

by reference paragraph 1-13 contained above as though fully set forth herein.

15. Mr. Scalzi complained multiple times about inappropriate conduct by the City Manager and other City of North Las Vegas officials.

16. Mr. Scalzi was intentionally replaced by a female employee because female employees were perceived by the City Manager to "play ball" and not "challenge" him even when he wanted to violate policy or the law.

17. The City of North Las Vegas failed to take appropriate action(s) designed to eliminate the discriminatory work environment and failed to properly investigate Mr. Scalzi's complaints in accordance with its statutory obligation.

18. Defendant instead responded to Mr. Scalzi's complaint by first denying him a promotion and thereafter terminating his employment.

19. As a result of Defendant's discrimination, Mr. Scalzi has been damaged and is seeking damages in an amount in excess of $10,000.00.

20. Defendant's actions were knowing, intentional and malicious. Accordingly, Mr. Scalzi has a statutory right to recover punitive damages in excess of $10,000.00.

21. It has been necessary for Mr. Scalzi to retain the services of legal counsel and incur attorney's fees and costs to prosecute this action, and therefore, in accordance with the statutes, he is entitled to reimbursement for those attorney's fees and costs incurred herein.

THE LAW OFFICE OF MARY F. CHAPMAN, LTD
7465 W. Lake Mead Blvd.
Suite 100
Las Vegas, Nevada 89128
Ph. (702) 562-1246
Fax (702) 562-1247

THE LAW OFFICE OF MARY F. CHAPMAN, LTD
7465 W. Lake Mead Blvd.
Suite 100
Las Vegas, Nevada 89128
Ph. (702) 562-1246
Fax (702) 562-1247

**PRAYER FOR RELIEF**

WHEREFORE, Michael J. Scalzi prays for judgment against Defendant as follows:

1. For compensatory and non compensatory damages in an amount in excess of $10,000.00;
2. For punitive damages in excess of $10,000.00;
3. For all attorney's fees and costs incurred herein; and
4. For such other relief as the Court may deem just and proper.

Dated this 12th day of September, 2008.

Respectfully submitted,
Law Office of Mary F. Chapman, Ltd.

Mary F. Chapman, Esq.
7465 W. Lake Mead Blvd.
Suite 100
Las Vegas, Nevada 89128
(702)562-1246
(702)562-1247
Attorney for Plaintiff

**NOTICE/PETITION FOR REMOVAL**
**UNDER 28 U.S.C. § 1441 (a)**
**Exhibit "B"**

ORIGINAL

**SUMM**
Law Office of Mary F. Chapman, Ltd.
Mary F. Chapman, Esq.
Nevada Bar No. 6591
7465 W. Lake Mead Blvd.
Suite 100
Las Vegas, Nevada 89128
(702)562-1246 Phone
(702)562-1247 Fax

Attorney for Plaintiff

FILED
SEP 12 4 28 PM '08
FILED IN ERROR
DATE
CLERK OF THE COURT

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

MICHAEL J. SCALZI,
Plaintiff,
vs.
CITY OF NORTH LAS VEGAS,
Defendant.

Case No. A571545
Dept. XX

2008 SEP 18 P 2:36
RECEIVED
CITY CLERK'S OFFICE
NORTH LAS VEGAS

**NOTICE! YOU HAVE BEEN SUED, THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT:** A Civil Complaint has been filed by Plaintiff against you for the relief set forth in the Complaint.

CITY OF NORTH LAS VEGAS

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

   a. File with the Clerk of Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court.

   b. Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of Plaintiff and this Court may enter judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advise of an attorney in the matter, you should do so promptly so that your response may be filed on time.

THE LAW OFFICE OF MARY F. CHAPMAN, LTD
7465 W. Lake Mead Blvd.
Suite 100
Las Vegas, Nevada 89128
Ph. (702) 562-1246
Fax (702) 562-1247

RECEIVED
SEP 12 2008
CLERK OF THE COURT

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and legislators, each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Submitted By:

Mary F. Chapman, Esq.
Nevada Bar Number 6591
7465 W. Lake Mead Blvd.
Suite 100
Las Vegas, NV 89128
Attorney for Plaintiff

**CHARLES J. SHORT, CLERK OF COURT**

SANDRA HARRELL

9-12-08

**Deputy Clerk of Court** **Dated**
Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89155

**NOTE: When service is by publication, add a brief statement of the object of the action. See Nevada Rules of Civil Procedure 4(b).**

THE LAW OFFICE OF MARY F. CHAPMAN, LTD
7465 W. Lake Mead Blvd.
Suite 100
Las Vegas, Nevada 89128
Ph. (702) 562-1246
Fax (702) 562-1247